UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| P.H., an individual, <br><br> Plaintiff <br> v. <br><br> SALESFORCE.COM, INC. <br><br> Defendant. | CIVIL ACTION NO. 1:20-cv-02192 <br><br> Honorable John F. Kness |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff P.H., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notices the dismissal of this action without prejudice.

1. Plaintiff files this Notice of Dismissal without prejudice to re-filing.

2. This case is not a class action, and a receiver has not been appointed.

3. Defendant SALESFORCE.COM, INC. has not served an answer or motion for summary judgment, so a Notice of Dismissal is proper per Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4. This case is not governed by any federal statute that requires order of the Court for dismissal of the case.

5. This dismissal is without prejudice as to re-filing.

6. Each side is to bear its own costs and attorney's fees.

7. Pursuant to the terms of Rule 41(a)(1)(B), this case is dismissed without prejudice upon filing of this Notice.

8.  Accordingly, Plaintiff dismisses without prejudice all claims that Plaintiff asserted or could have asserted against Defendant in this lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

>   Respectfully Submitted,
>
>   SICO HOELSCHER HARRIS LLP
>
>   /s/ David E. Harris
>   David E. Harris
>   ILND Bar No. 24049273
>   802 N. Carancahua, Suite 900
>   Corpus Christi, Texas 78401
>   Phone: 361-653-3300
>   Fax: 361-653-3333
>   dharris@shhlaw.com
>
>   Annie McAdams
>   Texas State Bar No. 2405104
>   ANNIE MCADAMS PC
>   1150 Bissonnet
>   Houston Texas 77005
>   Phone: 713-785-6262
>   Fax: 888-713-0451
>   annie@mcadamspc.com
>   *Seeking Admission Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFIATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Notice of Dismissal was electronically filed through the CM/ECF system to all parties through their counsel of record this 23rd day of April, 2020.

>   /s/ David E. Harris
>   David E. Harris

2